PER CURIAM.
Affirmed. Shingleton v. Bussey, 223 So.2d 713 (Fla.1969); North Am. Accident Ins. Co. v. Moreland, 60 Fla. 153, 53 So. 635 (1910); Bil-Jax, Inc. v. Williamson, 497 So.2d 1350 (Fla. 4th DCA 1986); Bowman v. Kingsland Dev., Inc., 432 So.2d 660 (Fla. 5th DCA 1983); Cricket Club, Inc. v. Basso, 384 So.2d 908, 909 (Fla. 3d DCA 1980); Kentucky Farm Bureau Mut. Ins. Co. v. Mills, 367 So.2d 673 (Fla. 2d DCA), cert. denied, 376 So.2d 74 (Fla.1979); Overseas Dev., Inc. v. Dominion Mortgage Corp., 330 So.2d 845 (Fla. 3d DCA 1976), cert. denied, 342 So.2d 1103 (Fla.1977); Winter Park Arms, Inc. v. Akerman, 199 So.2d 107 (Fla. 4th DCA 1967); Confederation of Canada Life Ins. Co. v. Vega Y Arminan, 135 So.2d 867 (Fla. 3d DCA 1961), cert. denied with opinion, 144 So.2d 805 (Fla.1962).